**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES C. DAY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 1:11-cv-00058-GMS** |
| | ) |
| OXFORD MANAGEMENT SERVICES and | ) |
| ROBERT MARTIN, Individually and on | ) |
| behalf of Oxford Management Services, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: December 12, 2013      BY: */s/ W. Christopher Componovo*
W. Christopher Componovo
Attorney ID # 3234
Kimmel & Silverman, PC
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373 phone
(302) 791-9476 fax

**Certificate of Service**

I hereby certify that on this 12th day of December, a true and correct copy of the foregoing pleading served via mail to the below:

Oxford Management Service
4180 Okeechobee Road
Fort Pierce, FL 34947

Robert Martin
4180 Okeechobee Road
Fort Pierce, FL 34947

/s/ W. Christopher Componovo
W. Christopher Componovo
Attorney ID # 3234
Kimmel & Silverman, PC
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373 phone
(302) 791-9476 fax